

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00486-CV

Elgin **TRACY**, Adolph Tracy, and Travis Morgan,
Appellants

v.

Edward W. **CHAMRAD** Jr.,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 15-05-0240-CVW
Honorable Russell H. Wilson, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of this appeal are taxed against Appellants Elgin Tracy, Adolph Tracy, and Travis Morgan.

SIGNED September 16, 2015.

_____
Patricia O. Alvarez, Justice